**Explanatory Comment**

In 2016, Rule 237.3 was amended by adding preliminary objections as a type of pleading that may be attached to a petition for relief from a default judgment. By allowing the use of preliminary objections, the 2016 amendment was intended to give a defendant the same right to file a responsive pleading after the entry of a default judgment that is afforded to him or her prior to entry of a default judgment. In practice, however, litigants have interpreted this provision to permit the filing of a petition for relief with proposed preliminary objections attached, and then, when that petition is denied, to then file an additional petition for relief by attaching the proposed answer, notwithstanding the requirement that a petition for relief must be filed within 10 days of the entry of a default judgment. To promote procedural efficiency, Rule 237.3 has been amended to require a litigant to raise all grounds for relief in a single petition.

By the Civil Procedural
Rules Committee

John J. Hare
Chair